IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES SLAMON, | : |
| Plaintiff, | : |
| v. | : 3:16-CV-2187 |
| | : (JUDGE MARIANI) |
| CARRIZO (MARCELLUS) LLC, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 5TH DAY OF SEPTEMBER, 2017**, upon consideration of Defendants' Motions to Dismiss, (Docs. 15 & 16), **IT IS HEREBY ORDERED THAT** the Defendants' Motions are **GRANTED IN PART AND DENIED IN PART** as follows:

1. Defendants' Motions to Dismiss Count IV of Plaintiff's Complaint are **GRANTED**. Plaintiff's breach of fiduciary duty claim found in Count IV of his Complaint is **DISMISSED WITH PREJUDICE**.

2. In all other respects, Defendants' Motions to Dismiss are **DENIED**.

Robert D. Mariani
United States District Court Judge