THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JANIE SLAMON, as Executrix of the :
Estate of James Slamon, and :
ERIC LEWIS, on behalf of themselves :
and all others similarly situated, :
:
:
Plaintiffs, :
v. :           3:16-CV-2187
:           (JUDGE MARIANI)
CARRIZO (MARCELLUS) LLC, :
RELIANCE MARCELLUS II, LLC, :
RELIANCE HOLDINGS USA, INC., :
BKV OPERATING LLC, and :
BKV CHELSEA, LLC, :
:
Defendants. :

## ORDER

AND NOW, THIS _____ DAY OF FEBRUARY 2023, upon consideration of the Motions

for Summary Judgment filed by Defendant Callon (Marcellus) LLC, f/k/a Carrizo (Marcellus)

LLC ("Carrizo") (Doc. 192), Defendants Reliance Marcellus II, LLC and Reliance Holdings USA,

Inc. (collectively "Reliance") (Doc. 188), and Defendants BKV Operating LLC and BKV Chelsea

LLC (collectively "BKV") (Doc. 196), and the Motion for Partial Summary Judgment filed by

Plaintiffs Janie Slamon, as Executrix of the Estate of James Slamon, and Eric Lewis, on behalf

of themselves and two certified classes (Doc. 191), and all documents relevant to such motions,

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Summary Judgment filed by Defendant Carrizo, (Doc. 192), is **GRANTED** in its entirety. Judgment is entered in favor of Defendant Carrizo and against Plaintiffs on all claims in Plaintiffs' Second Amended Complaint (Doc. 107).

2. The Motion for Summary Judgment filed by Defendant Reliance, (Doc. 188), is **GRANTED** in its entirety. Judgment is entered in favor of Defendant Reliance and against Plaintiffs on all claims in Plaintiffs' Second Amended Complaint (Doc. 107).

3. The Motion for Summary Judgment filed by Defendant BKV, (Doc. 196), is **GRANTED** in its entirety. Judgment is entered in favor of Defendant BKV and against Plaintiffs on all claims in Plaintiffs' Second Amended Complaint (Doc. 107).

4. The Motion for Partial Summary Judgment filed by Plaintiffs, (Doc. 191), is **DENIED** in its entirety.

5. BKV's cross-claims against Carrizo and Reliance (Doc. 111) are **DISMISSED**.

Robert D. Mariani
United States District Judge